THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| BREEZE AVIATION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> Defendant. | ORDER <br><br> Case No. 2:22-cv-00514-DBB-JCB <br><br> District Judge David Barlow <br><br> Magistrate Judge Jared C. Bennett |

District Judge David Barlow referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is Proposed Intervenor Air Line Pilots Association, International's ("ALPA") unopposed motion to intervene.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that the caption in this action shall be amended to reflect ALPA's addition as Defendant-Intervenor.

IT IS SO ORDERED.

DATED this 11th day of October 2022.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 25.

[2] ECF No. 20.