Jonathan O. Hafen (6096) (jhafen@parrbrown.com)
Cheylynn Hayman (9793) (chayman@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

Jacquelyn L. Thompson (jthompson@fordharrison.com)*
Ford Harrison LLP
2000 M St. NW, Suite 505
Washington, DC 20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077

Amber Arnette (aarnette@fordharrison.com)*
Ford Harrison LLP
271 17th Street NW, Suite 1900
Atlanta, GA 30363
Telephone: (404) 888-3800
Facsimile: (404) 888-3863

Attorneys for Plaintiff Breeze Aviation Group, Inc.
* *Pro hac vice*

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BREEZE AVIATION GROUP, INC.<br><br>      Plaintiff,<br>v.<br><br>NATIONAL MEDIATION BOARD,<br><br>      Defendant.<br>v.<br><br>AIR LINE PILOTS ASSOCIATION,<br><br>      Intervenor Defendant. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Case No. 2:22-cv-514-DBB<br><br>Judge David B. Barlow |

2

Pursuant to DUCivR 83-1.4(b), the undersigned, Amber Arnette, hereby provides notice of withdrawal as counsel for Plaintiff Breeze Aviation Group, Inc. in the above-referenced matter.  Ms. Arnette was previously admitted pro hac vice in this matter.  Plaintiff remains represented by Jonathan O. Hafen and Cheylynn Hayman of Parr Brown Gee & Loveless, P.C. and Jacquelyn L. Thompson of FordHarrison LLP, who are aware of the pending deadlines in this case.  Plaintiff has been informed of this withdrawal, and there will be no undue prejudice or delay to any party in this case as a result of the withdrawal.

RESPECTFULLY SUBMITTED this 24th day of October, 2022.

                                            FORDHARRISON LLP

                                            /s/ Amber Arnette
                                            Jacquelyn L. Thompson
                                            Amber Arnette

                                            *Attorneys for Plaintiff Breeze Aviation Group, Inc.*