THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **BREEZE AVIATION GROUP, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL MEDIATION BOARD**,<br><br>Defendant.<br><br>and<br><br>**AIR LINE PILOTS ASSOCIATION, INT'L,**<br><br>Defendant-Intervenor. | **ORDER OF RECUSAL**<br><br>Case No. 2:22-cv-00514<br><br>District Judge David Barlow |

  I recuse myself in this case and ask that the appropriate assignment card for equalization be drawn by the clerk's office.

Signed February 7, 2023.

            BY THE COURT

            _____
            David Barlow
            United States District Judge