IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| Breeze Aviation Group,<br><br>Plaintiff,<br><br>vs.<br><br>National Mediation Board,<br><br>Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:22-cv-00514-DAK-JCB |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this __7th__ day of February, 2023.

BY THE COURT:

_Dale A. Kimball_
Dale A. Kimball
United States District Judge