IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| Breeze Aviation Group,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>National Mediation Board,<br><br>　　　　Defendant. | **NOTICE AFFIRMING PRIOR ORDER OF REFERENCE**<br><br>Case No.  2:22-cv-00514-TC-JCB |

　　　　The above-entitled matter has been reassigned to the undersigned judge.  After review of the case file, orders of the prior judge are affirmed including the order of reference to Magistrate Judge Jared C. Bennett.

　　　　DATED this  7th   day of February, 2023.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Tena Campbell*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　TENA CAMPBELL
　　　　　　　　　　　　　　　　　　United States District Judge