Jonathan O. Hafen (6096) (jhafen@parrbrown.com)
Cheylynn Hayman (9793) (chayman@parrbrown.com)
Austin J. Riter (11755) (ariter@parrbrown.com)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

Jacquelyn L. Thompson (jthompson@fordharrison.com)*
Ford Harrison, LLP
2000 M St. NW, Suite 505
Washington, DC 20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077

Attorneys for Plaintiff Breeze Aviation Group, Inc.
* *Admitted pro hac vice*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BREEZE AVIATION GROUP, INC. <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL MEDIATION BOARD, <br><br> Defendant. | **PLAINTIFF BREEZE AVIATION GROUP, INC.'S NOTICE OF APPEAL** <br><br> Case No. 2:22-cv-00514-TC-JCB <br><br> District Judge Tena Campbell <br> Magistrate Judge Jared C. Bennett |

NOTICE IS HEREBY GIVEN that, pursuant to 28 U.S.C. § 1291 and Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Breeze Aviation Group, Inc., by and through its undersigned counsel, appeals to the United States Court of Appeals for the Tenth Circuit from the "Judgment in a Civil Case" [Dkt. No. 46] entered on May 23, 2023, by the United States District Court for the District of Utah, the Honorable Tena Campbell presiding, and all subsidiary rulings

and orders leading to that judgment, including but not limited to the "Order Granting Defendant National Mediation Board's Motion to Dismiss (ECF No. 28); Denying ALPA's Motion to Dismiss (ECF No. 33) as Moot" [Dkt. No. 45].

Dated:  June 21, 2023.

PARR BROWN GEE & LOVELESS, P.C.

/s/ Austin J. Riter
Jonathan O. Hafen
Cheylynn Hayman
Austin J. Riter

Attorneys for Plaintiff Breeze Aviation Group, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on June 21, 2023, I filed the foregoing **PLAINTIFF BREEZE AVIATION GROUP, INC.'S NOTICE OF APPEAL** via CM/ECF, which electronically served all counsel of record in this case.

/s/ Austin J. Riter